# EXHIBIT 2

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,377,351**
**Registered July 30, 2013**
**Int. Cls.: 9, 16, 25, and 28**

**TRADEMARK**

**PRINCIPAL REGISTER**



*Teresa Stanek Rea*
Acting Director of the United States Patent and Trademark Office

TORRES, CHRISTOPHER ORLANDO (UNITED STATES INDIVIDUAL)
1100 GLENDON AVENUE, 15TH FLOOR
C/O KIA KAMRAN, P.C.
LOS ANGELES, CA 90024

FOR: INTERACTIVE VIDEO GAME PROGRAMS; SPECTACLES; SUNGLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-30-2011; IN COMMERCE 4-30-2011.

FOR: DECALS; HALLOWEEN GOODIE BAGS OF PAPER OR PLASTIC; PAPER PARTY DECORATIONS; REMOVABLE TATTOOS; STICKERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 10-9-2011; IN COMMERCE 10-9-2011.

FOR: BOOT ACCESSORIES, NAMELY, FITTED DECORATIVE COVERS FOR BOOTS; COSTUMES FOR USE IN CHILDREN'S DRESS UP PLAY; GLOVES; HALLOWEEN COSTUMES; HATS; HEADWEAR; SHOE ACCESSORIES, NAMELY, FITTED DECORATIVE COVERS FOR SHOES; SHOES; T-SHIRTS; VISORS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-1-2011; IN COMMERCE 5-1-2011.

FOR: CHILDREN'S DRESS UP ACCESSORIES, NAMELY, TOY HELMETS FOR PLAY; CHILDREN'S PLAY COSMETICS; DOLLS AND ACCESSORIES THEREFOR; PARTY FAVORS IN THE NATURE OF SMALL TOYS; PLUSH TOYS; STUFFED AND PLUSH TOYS; TOY ACTION FIGURES AND ACCESSORIES THEREFOR; TOY AND NOVELTY FACE MASKS; TOY ARMOR; TOY WEAPONS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 11-1-2012; IN COMMERCE 11-1-2012.

THE MARK CONSISTS OF A GREY FELINE WITH A BREAKFAST PASTRY REPLACING THE MIDSECTION AND TRAILED BY A WAVY RAINBOW. THE CAT'S ENTIRE BODY IS BOUNDED BY A BLACK LINE, THE FACE IS GREY. TWO EQUALLY SIZED SQUARES OF PINK ARE POSITIONED ON OPPOSITE SIDES OF THE CAT'S FACE, RESEMBLING CHEEKS. THE CAT'S MOUTH IS COMPRISED OF A BLACK CAPITAL LETTER "E" ROTATED 90 DEGREES SO THAT THE PRONGS FACE UPWARD. ABOVE THE MOUTH AND

**Reg. No. 4,377,351** SLIGHTLY OFF THE CENTER OF THE FACE, A SINGLE SQUARE OF BLACK REPRESENTS THE NOSE, TO EITHER SIDE ARE MATCHING BLACK SQUARES EACH WITH A SMALLER WHITE SQUARE IN THE UPPER LEFT HAND CORNER RESEMBLING EYES. THE MID-SECTION OF THE ANIMAL IS COMPRISED OF A FIELD OF PINK SPECKLED WITH DARKER PINK AND BOUNDED BY A TAN BOARDER SO IT RESEMBLES A BREAKFAST PASTRY WITH PINK ICING AND SPRINKLES. THE CAT'S TAIL IS GREY AND POINTS SKYWARD AT APPROXIMATELY A 45-DEGREE ANGLE. THE CAT'S FOUR PAWS ARE GREY BOUNDED BY BLACK. TRAILING THE CAT IS A RAINBOW COMPRISED OF THE SAME GEOMETRIC SHAPE REPEATED IN THE FOLLOWING COLORS FROM TOP TO BOTTOM: RED, ORANGE, YELLOW, GREEN, BLUE AND INDIGO. THE CAT'S GRAY TAIL BOUNDED BY BLACK TRAVERSES PARTS OF THE BLUE, GREEN AND YELLOW SECTIONS.

THE COLOR(S) BLACK, GREY, PINK, WHITE, TAN, RED, ORANGE, YELLOW, GREEN, BLUE, AND INDIGO IS/ARE CLAIMED AS A FEATURE OF THE MARK.

SN 85-576,370, FILED 3-21-2012.

BRIAN NEVILLE, EXAMINING ATTORNEY