# EXHIBIT 4

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-798-668

**Effective date of registration:**

November 9, 2011

---

## Title

**Title of Work:** Balloon Cat

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** October 21, 2011  **Nation of 1st Publication:** United States

## Author

- **Author:** Christopher Orlando Torres

  **Author Created:** 2-D artwork, Graphics Interchange Format

  **Citizen of:** United States  **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Orlando Torres

2824 Ermine Way, Farmers Branch, TX 75234, United States

## Rights and Permissions

**Organization Name:** c/o Law Offices of Kia Kamran

**Name:** Chirstopher Orlando Torres

**Email:** kia@tunelaw.com  **Telephone:** 310-475-2626

**Address:** 1100 Glendon Avenue, FL 15

Los Angeles, CA 90024  United States

## Certification

**Name:** Kia Kamran

**Date:** November 9, 2011

---

**Registration #:**   VA0001798668

**Service Request #:**   1-683811591



Law Offices of Kia Kamran
Kia Kamran
1100 Glendon Ave., FL 15
Los Angeles, CA 90024  United States



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-798-670

**Effective date of
registration:**

November 9, 2011

## Title

**Title of Work:** Fiesta Dog

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** May 12, 2011     **Nation of 1st Publication:** United States

## Author

- **Author:** Christopher Orlando Torres

  **Author Created:** 2-D artwork, Graphics Interchange Format

  **Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Orlando Torres

2824 Ermine Way, Farmers Branch, TX 75234, United States

## Rights and Permissions

**Organization Name:** c/o Law Offices of Kia Kamran

**Name:** Chirstopher Orlando Torres

**Email:** kia@tunelaw.com     **Telephone:** 310-475-2626

**Address:** 1100 Glendon Avenue, FL 15

Los Angeles, CA 90024  United States

## Certification

**Name:** Kia Kamran

**Date:** November 9, 2011

**Registration #:** VA0001798670
**Service Request #:** 1-684354438



Law Offices of Kia Kamran
Kia Kamran
1100 Glendon Ave., FL 15
Los Angeles, CA 90024  United States



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-798-672**

**Effective date of
registration:**

November 9, 2011

## Title

**Title of Work:** Star Sheep

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** May 12, 2011          **Nation of 1st Publication:** United States

## Author

■          **Author:** Christopher Orlando Torres

**Author Created:** 2-D artwork, Graphics Interchange Format

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Orlando Torres

2824 Ermine Way, Farmers Branch, TX 75234, United States

## Rights and Permissions

**Organization Name:** c/o Law Offices of Kia Kamran

**Name:** Christopher Orlando Torres

**Email:** kia@tunelaw.com          **Telephone:** 310-475-2626

**Address:** 1100 Glendon Avenue, FL 15

Los Angeles, CA 90024 United States

## Certification

**Name:** Kia Kamran

**Date:** November 9, 2011

**Registration #:** VA0001798672
**Service Request #:** 1-684354499



Law Offices of Kia Kamran
Kia Kamran
1100 Glendon Ave., FL 15
Los Angeles, CA 90024 United States



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-798-673**

**Effective date of registration:**

November 9, 2011

## Title

**Title of Work:** Melon Bird

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** May 12, 2011    **Nation of 1st Publication:** United States

## Author

■ **Author:** Christopher Orlando Torres

**Author Created:** 2-D artwork, Graphics Interchange Format

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Orlando Torres

2824 Ermine Way, Farmers Branch, TX 75234, United States

## Rights and Permissions

**Organization Name:** c/o Law Offices of Kia Kamran

**Name:** Chirstopher Orlando Torres

**Email:** kia@tunelaw.com    **Telephone:** 310-475-2626

**Address:** 1100 Glendon Avenue, FL 15

Los Angeles, CA 90024  United States

## Certification

**Name:** Kia Kamran

**Date:** November 9, 2011

**Registration #:**  VA0001798673
**Service Request #:**  1-684354524

Law Offices of Kia Kamran
Kia Kamran
1100 Glendon Ave., FL 15
Los Angeles, CA 90024  United States



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-798-674**

**Effective date of registration:**

November 9, 2011

---

## Title

**Title of Work:** Toaster Dog

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** May 12, 2011          **Nation of 1st Publication:** United States

## Author

- **Author:** Christopher Orlando Torres

  **Author Created:** 2-D artwork, Graphics Interchange Format

  **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Orlando Torres

2824 Ermine Way, Farmers Branch, TX 75234, United States

## Rights and Permissions

**Organization Name:** c/o Law Offices of Kia Kamran

**Name:** Christopher Orlando Torres

**Email:** kia@tunelaw.com          **Telephone:** 310-475-2626

**Address:** 1100 Glendon Avenue, FL 15

Los Angeles, CA 90024  United States

## Certification

**Name:** Kia Kamran

**Date:** November 9, 2011

---

**Registration #:** VA0001798674
**Service Request #:** 1-684354549



Law Offices of Kia Kamran
Kia Kamran
1100 Glendon Ave., FL 15
Los Angeles, CA 90024  United States



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-798-675**

**Effective date of
registration:**

November 9, 2011

## Title

**Title of Work:** Zingbot

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** May 12, 2011      **Nation of 1st Publication:** United States

## Author

■ **Author:** Christopher Orlando Torres

**Author Created:** 2-D artwork, Graphics Interchange Format

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Orlando Torres

2824 Ermine Way, Farmers Branch, TX 75234, United States

## Rights and Permissions

**Organization Name:** c/o Law Offices of Kia Kamran

**Name:** Chirstopher Orlando Torres

**Email:** kia@tunelaw.com      **Telephone:** 310-475-2626

**Address:** 1100 Glendon Avenue, FL 15

Los Angeles, CA 90024  United States

## Certification

**Name:** Kia Kamran

**Date:** November 9, 2011

**Registration #:**    VA0001798675

**Service Request #:**    1-684354574



Law Offices of Kia Kamran
Kia Kamran
1100 Glendon Ave., FL 15
Los Angeles, CA 90024  United States



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-798-676**

**Effective date of
registration:**

November 9, 2011

## Title

**Title of Work:** Christmas Nyan Cat

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** November 7, 2011　　　**Nation of 1st Publication:** United States

## Author

- **Author:** Christopher Orlando Torres

  **Author Created:** 2-D artwork, Graphics Interchange Format

  **Citizen of:** United States　　　　　**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Orlando Torres

2824 Ermine Way, Farmers Branch, TX 75234, United States

## Rights and Permissions

**Organization Name:** c/o Law Offices of Kia Kamran

**Name:** Chirstopher Orlando Torres

**Email:** kia@tunelaw.com　　　　　　　**Telephone:** 310-475-2626

**Address:** 1100 Glendon Avenue, FL 15

Los Angeles, CA 90024　United States

## Certification

**Name:** Kia Kamran

**Date:** November 9, 2011

**Registration #:**   VA0001798676
**Service Request #:**   1-684354599



Law Offices of Kia Kamran
Kia Kamran
1100 Glendon Ave., FL 15
Los Angeles, CA 90024  United States



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-839-405

**Effective date of registration:**

September 24, 2012

## Title

**Title of Work:** MexiNyan Cat

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** September 8, 2012    **Nation of 1st Publication:** United States

## Author

**Author:** Christopher Orlando Torres

**Author Created:** 2-D artwork

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Orlando Torres

2824 Ermine Way, Farmers Branch, TX, 75234, United States

## Rights and Permissions

**Organization Name:** c/o Law Offices of Kia Kamran

**Name:** Christopher Orlando Torres

**Email:** kia@tunelaw.com    **Telephone:** 310-475-2626

**Address:** 1100 Glendon Avenue

FL 15

Los Angeles, CA 90024  United States

## Certification

**Name:** Kia Kamran

**Date:** September 24, 2012

**Registration #:** VA0001839405
**Service Request #:** 1-827633692



Law Offices of Kia Kamran
Kia Kamran
1100 Glendon Avenue
FL 15
Los Angeles, CA 90024  United States



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-839-409

**Effective date of registration:**

September 19, 2012

## Title

**Title of Work:** Pirate Nyan Cat

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** September 18, 2012    **Nation of 1st Publication:** United States

## Author

**Author:** Christopher Orlando Torres

**Author Created:** 2-D artwork

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Orlando Torres

2824 Ermine Way, Farmers Branch, TX, 75234, United States

## Rights and Permissions

**Organization Name:** c/o Law Offices of Kia Kamran

**Name:** Christopher Orlando Torres

**Email:** kia@tunelaw.com    **Telephone:** 310-475-2626

**Address:** 1100 Glendon Avenue

FL 15

Los Angeles, CA 90024  United States

## Certification

**Name:** Kia Kamran

**Date:** September 19, 2012

**Registration #:** VA0001839409
**Service Request #:** 1-825624442

Law Offices of Kia Kamran
Kia Kamran
1100 Glendon Avenue
FL 15
Los Angeles, CA 90024  United States



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VAu 1-063-390

**Effective date of registration:**

April 18, 2011

---

## Title

**Title of Work:** Nyan Cat

## Completion/Publication

**Year of Completion:** 2011

**International Standard Number:** ISBN

## Author

■ **Author:** Christopher Orlando Torres, dba LOL_Comics

**Author Created:** 2-D artwork

**Work made for hire:** No

**Citizen of:** United States    **Domiciled in:** United States

**Year Born:** 1985

## Copyright claimant

**Copyright Claimant:** Christopher Orlando Torres

2824 Ermine Way, Farmers Branch, TX, 75234

## Rights and Permissions

**Organization Name:** LOL_Comics

**Name:** Christopher Orlando Torres

**Email:** pr@prguitarman.com    **Telephone:** 214-460-4251

**Address:** 2824 Ermine Way

Farmers Branch, TX 75234 United States

## Certification

**Name:** Christopher Orlando Torres

**Date:** April 16, 2011

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-085-556

**Effective date of registration:**

November 9, 2011

## Title

**Title of Work:** Cool Jazz Nyan Cat

## Completion/Publication

**Year of Completion:** 2011

## Author

■ **Author:** Christopher Orlando Torres

**Author Created:** 2-D artwork, Graphics Interchange Format

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Orlando Torres

2824 Ermine Way, Farmers Branch, TX 75234, United States

## Rights and Permissions

**Organization Name:** c/o Law Offices of Kia Kamran

**Name:** Christopher Orlando Torres

**Email:** kia@tunelaw.com **Telephone:** 310-475-2626

**Address:** 1100 Glendon Avenue, FL 15

Los Angeles, CA 90024 United States

## Certification

**Name:** Kia Kamran

**Date:** November 9, 2011

**Registration #:**   VAU001085556
**Service Request #:**   1-684354412



Law Offices of Kia Kamran
Kia Kamran
1100 Glendon Ave., FL 15
Los Angeles, CA 90024  United States



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-085-557**

**Effective date of registration:**

November 9, 2011

## Title

**Title of Work:** Disco Nyan Cat

## Completion/Publication

**Year of Completion:** 2011

## Author

- **Author:** Christopher Orlando Torres

  **Author Created:** 2-D artwork, Graphics Interchange Format

  **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Orlando Torres

2824 Ermine Way, Farmers Branch, TX 75234, United States

## Rights and Permissions

**Organization Name:** c/o Law Offices of Kia Kamran

**Name:** Chirstopher Orlando Torres

**Email:** kia@tunelaw.com          **Telephone:** 310-475-2626

**Address:** 1100 Glendon Avenue, FL 15

Los Angeles, CA 90024 United States

## Certification

**Name:** Kia Kamran

**Date:** November 9, 2011

**Registration #:** VAU001085557
**Service Request #:** 1-684301730



Law Offices of Kia Kamran
Kia Kamran
1100 Glendon Ave., FL 15
Los Angeles, CA 90024  United States



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-085-559

**Effective date of registration:**

November 9, 2011

---

## Title

**Title of Work:** Rasta Nyan Cat

## Completion/Publication

**Year of Completion:** 2011

## Author

■ **Author:** Christopher Orlando Torres

**Author Created:** 2-D artwork, Graphics Interchange Format

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Orlando Torres

2824 Ermine Way, Farmers Branch, TX 75234, United States

## Rights and Permissions

**Organization Name:** c/o Law Offices of Kia Kamran

**Name:** Chirstopher Orlando Torres

**Email:** kia@tunelaw.com          **Telephone:** 310-475-2626

**Address:** 1100 Glendon Avenue, FL 15

Los Angeles, CA 90024  United States

## Certification

**Name:** Kia Kamran

**Date:** November 9, 2011

---

**Registration #:**  VAU001085559
**Service Request #:**  1-684301797



Law Offices of Kia Kamran
Kia Kamran
1100 Glendon Ave., FL 15
Los Angeles, CA 90024  United States



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-085-560

**Effective date of
registration:**

November 9, 2011

---

## Title

**Title of Work:** GB Nayn Cat

## Completion/Publication

**Year of Completion:** 2011

## Author

■    **Author:** Christopher Orlando Torres

**Author Created:** 2-D artwork, Graphics Interchange Format

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Orlando Torres

2824 Ermine Way, Farmers Branch, TX 75234, United States

## Rights and Permissions

**Organization Name:** c/o Law Offices of Kia Kamran

**Name:** Chirstopher Orlando Torres

**Email:** kia@tunelaw.com                    **Telephone:** 310-475-2626

**Address:** 1100 Glendon Avenue, FL 15

Los Angeles, CA 90024  United States

## Certification

**Name:** Kia Kamran

**Date:** November 9, 2011

---

**Registration #:** VAU001085560
**Service Request #:** 1-684301825



Law Offices of Kia Kamran
Kia Kamran
1100 Glendon Ave., FL 15
Los Angeles, CA 90024  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REF **VAu 757 – 601**

*US0007570014*

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|----|----|----|----|----|-----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

**MAR 13 2012**
Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## A

**Title of Work ▼**
GB Nayn Cat

**Registration Number of the Basic Registration ▼**
VAu 1-085-560

**Year of Basic Registration ▼**
2011

**Name(s) of Author(s) ▼**
Christopher Orlando Torres

**Name(s) of Copyright Claimant(s) ▼**
Christopher Orlando Torres

## B

**Location and Nature of Incorrect Information in Basic Registration ▼**

Line Number **1**          Line Heading or Description **Title of Work**

**Incorrect Information as It Appears in Basic Registration ▼**

GB Nayn Cat

**Corrected Information ▼**

GB Nyan Cat

**Explanation of Correction ▼**

As a result of scrivener's error, the letters "a" and "y" were inadvertently transposed on the Basic Registration.

## C

**Location and Nature of Information in Basic Registration to be Amplified ▼**

Line Number _____          Line Heading or Description _____

**Amplified Information and Explanation of Information ▼**

FORM CA RECEIVED

MAR 13 2012

FORM CA

FUNDS RECEIVED DATE

MAR 13 2012

EXAMINED BY

CORRESPONDENCE ☐

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION  ☒ YES ☐ NO

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☐ Part B or ☐ Part C

**D**

Correspondence: Give name and address to which correspondence about this application should be sent.

Kia Kamran, P.C.
1100 Glendon Blvd., 15th Floor
Los Angeles, CA 90024

Phone ( 310) 475-2626                  Fax ( (310) 919-1444          Email kia@tunelaw.com

**E**

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ duly authorized agent of ___ Christopher Orlando Torres
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**F**

Typed or printed name ▼   Kia Kamran, Esq.                              Date ▼ March 2, 2012

Handwritten signature (X) ▼

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Kia Kamran, P.C.

Number/Street/Apt ▼
1100 Glendon Ave., 15th Floor

City/State/ZIP ▼
Los Angeles, CA 90024

YOU MUST:
• Complete all necessary space
• Sign your application in Space F
SEND ALL ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or
   money order payable to Register of
   Copyrights
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**G**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.





# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-085-563

**Effective date of registration:**

November 9, 2011

## Title

**Title of Work:** Tac Nyan

## Completion/Publication

**Year of Completion:** 2011

## Author

- **Author:** Christopher Orlando Torres

  **Author Created:** 2-D artwork, Graphics Interchange Format

  **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Orlando Torres

2824 Ermine Way, Farmers Branch, TX 75234, United States

## Rights and Permissions

**Organization Name:** c/o Law Offices of Kia Kamran

**Name:** Chirstopher Orlando Torres

**Email:** kia@tunclaw.com          **Telephone:** 310-475-2626

**Address:** 1100 Glendon Avenue, FL 15

Los Angeles, CA 90024  United States

## Certification

**Name:** Kia Kamran

**Date:** November 9, 2011

**Registration #:** VAU001085563
**Service Request #:** 1-684301850



Law Offices of Kia Kamran
Kia Kamran
1100 Glendon Ave., FL 15
Los Angeles, CA 90024  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VAu 757 – 600**



| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|----|----|-----|----|----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

MAR 13 2012
Month     Day     Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**A**

Title of Work ▼
Tac Nyan

Registration Number of the Basic Registration ▼
VAu 1-085-563

Year of Basic Registration ▼
2011

Name(s) of Author(s) ▼
Christopher Orlando Torres

Name(s) of Copyright Claimant(s) ▼
Christopher Orlando Torres

**B**

Location and Nature of Incorrect Information in Basic Registration ▼
Line Number   1   Line Heading or Description   Title of Work

Incorrect Information as It Appears in Basic Registration ▼
Tac Nyan

Corrected Information ▼
Tac Nayn

Explanation of Correction ▼
As a result of scrivener's error, the letters "a" and "y" were inadvertently transposed on the Basic Registration.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number   Line Heading or Description

Amplified Information and Explanation of Information ▼

**MORE ON BACK ▶**   • Complete all applicable spaces (D-G) on the reverse side of this page.   DO NOT WRITE HERE
    • See detailed instructions.   • Sign the form at Space F.

FORM CA RECEIVED                                          FORM CA

MAR 13 2012

FUNDS RECEIVED DATE

MAR 13 2012

EXAMINED BY                                              FOR
                                                        COPYRIGHT
CORRESPONDENCE ☐                                        OFFICE
                                                        USE
                                                        ONLY
REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION ☒ YES ☐ NO

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B *or* ☐ Part C

# D

Correspondence: Give name and address to which correspondence about this application should be sent.

Kia Kamran, P.C.
1100 Glendon Blvd., 15th Floor
Los Angeles, CA 90024

# E

Phone ( 310) 475-2626 _____ Fax ( (310) 919-1444 _____ Email kia@tunelaw.com

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ other copyright claimant                ☐ owner of exclusive right(s)
☑ duly authorized agent of   Christopher Orlando Torres
                                           Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

# F

Typed or printed name ▼   Kia Kamran, Esq.                     Date ▼ March 2, 2012

Handwritten signature (X) ▼

Certificate
will be
mailed in
window
envelope
to this
address:

| Name ▼ |
| Kia Kamran, P.C. |
| Number/Street/Apt ▼ |
| 1100 Glendon Ave., 15th Floor |
| City/State/ZIP ▼ |
| Los Angeles, CA 90024 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in Space F

**SEND ALL ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or
   money order payable to *Register of
   Copyrights*

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

# G

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.







# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-114-946**

**Effective date of
registration:**

September 19, 2012

## Title

Title of Work: Zombie Nyan Cat

## Completion/Publication

Year of Completion: 2012

## Author

■ Author: Christopher Orlando Torres

Author Created: 2-D artwork

Citizen of: United States    Domiciled in: United States

## Copyright claimant

Copyright Claimant: Christopher Orlando Torres

2824 Ermine Way, Farmers Branch, TX, 75234, United States

## Rights and Permissions

Organization Name: c/o Law Offices of Kia Kamran

Name: Christopher Orlando Torres

Email: kia@tunelaw.com    Telephone: 310-475-2626

Address: 1100 Glendon Avenue

FL 15

Los Angeles, CA 90024  United States

## Certification

Name: Kia Kamran

Date: September 19, 2012

**Registration #:** VAU001114946
**Service Request #:** 1-825588521



Law Offices of Kia Kamran
Kia Kamran
1100 Glendon Avenue
FL 15
Los Angeles, CA 90024  United States



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-115-636

**Effective date of registration:**

September 19, 2012

---

## Title

**Title of Work:** Pumpkin Nyan Cat

## Completion/Publication

**Year of Completion:** 2012

## Author

**Author:** Christopher Orlando Torres

**Author Created:** 2-D artwork

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Orlando Torres

2824 Ermine Way, Farmers Branch, TX, 75234, United States

## Rights and Permissions

**Organization Name:** c/o Law Offices of Kia Kamran

**Name:** Christopher Orlando Torres

**Email:** kia@tunelaw.com          **Telephone:** 310-475-2626

**Address:** 1100 Glendon Avenue

FL 15

Los Angeles, CA 90024  United States

## Certification

**Name:** Kia Kamran

**Date:** September 19, 2012

---

**Registration #:**  VAU001115636
**Service Request #:**  1-825539141

Law Offices of Kia Kamran
Kia Kamran
1100 Glendon Avenue
FL 15
Los Angeles, CA 90024  United States



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-115-641

**Effective date of registration:**

September 19, 2012

## Title

**Title of Work:** Mummy Nyan Cat

## Completion/Publication

**Year of Completion:** 2012

## Author

■ **Author:** Christopher Orlando Torres

**Author Created:** 2-D artwork

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Christopher Orlando Torres

2824 Ermine Way, Farmers Branch, TX, 75234, United States

## Rights and Permissions

**Organization Name:** c/o Law Offices of Kia Kamran

**Name:** Christopher Orlando Torres

**Email:** kia@tunelaw.com    **Telephone:** 310-475-2626

**Address:** 1100 Glendon Avenue

FL 15

Los Angeles, CA 90024  United States

## Certification

**Name:** Kia Kamran

**Date:** September 19, 2012

**Registration #:** VAU001115641
**Service Request #:** 1-825624410

Law Offices of Kia Kamran
Kia Kamran
1100 Glendon Avenue
FL 15
Los Angeles, CA 90024  United States

