# SCHEDULE A
## (sealed pursuant to pending motion)